**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher A. Valdez, | No. CV 08-0304-PHX-SMM (HCE) |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | |

Pending before the Court is *pro se* Plaintiff's prisoner civil rights complaint (Doc.1), filed by Christopher A. Valdez. The case was referred to Magistrate Judge Hector C. Estrada. Subsequent to Plaintiff's failure to comply with the Court's Order of March 26, 2008, which Plaintiff to return the completed service packet to the Court, Magistrate Judge Estrada filed a Report and Recommendation on the matter. To date, no objections have been filed (Doc.7.)

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have ten days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's

factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth herein,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Hector C. Estrada (Doc. 7).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this case accordingly.

DATED this 5th day of June, 2008.

_____
Stephen M. McNamee
United States District Judge